**90-953.** Disciplinary Counsel v. McGinley. Reported at 55 Ohio St. 3d 14, 562 N.E. 2d 886. On motion for rehearing. Rehearing denied.

Wright, J., not participating.

**90-1274.** Weaver v. Eaton Corp. *Cuyahoga County,* No. 56897. Reported at 55 Ohio St. 3d 707, 563 N.E. 2d 297. On motion for rehearing. Rehearing denied.

Moyer, C.J., Holmes and Wright, JJ., dissent.

**90-1296.** Advancement Corp. v. General Elec. Co. *Cuyahoga County,* No. 56929. Reported at 55 Ohio St. 3d 709, 563 N.E. 2d 301. On motion for rehearing. Rehearing denied.

Sweeney and Douglas, JJ., dissent.

## DISCIPLINARY DOCKET

**89-1561.** Cleveland Bar Assn. v. Rubenstein. Walter H. Rubenstein is found in contempt.

**89-2224.** Akron Bar Assn. v. Spittal. George W. Spittal is found in contempt.

**90-264.** In re Resignation of Potter. Robert S. Potter is found in contempt.